# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-2566

Wyatt Bury, LLC, et al.

Appellants

State of Missouri ex rel. MO Attorney General Andrew Bailey

v.

City of Kansas City, Missouri and Jackson County, Missouri

Appellees

___

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:25-cv-00084-RK)

___

**ORDER**

Appellants' motion for an extension of time to file the brief is granted. Appellants may have until October 17, 2025 to file the brief and appendix.

August 18, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
___
  /s/ Susan E. Bindler