IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

Wyatt Bury, LLC; Ballpark Investments, LLC, d/b/a Hope and Healing Counseling; Wyatt Bury; Pamela Eisenreich, )
)
)
)
)

Appellants, )

v. )                    Appeal No. 25-2566
)

City of Kansas City, Missouri and Jackson County, Missouri )
)
)

Appellees. )
)

## MOTION TO CONTINUE ORAL ARGUMENT

Appellees City of Kansas City, Missouri and Jackson County, Missouri respectfully request this Court to continue oral argument due to pending legislative action in both governmental entities that would repeal the bans on conversion therapy. In support of this motion, Appellees states the following:

1. Plaintiff filed their verified complaint in 4:25-cv-00084-RK on February 7, 2025.

2. On March 10, 2025, the Supreme Court of the United States issued an order granting the petition for certiorari in *Chiles v. Salazar*, 116 F.4th 1178, 1191 (10th Cir. 2024), cert. granted, 24-539, 2025 WL 746313 (U.S. Mar. 10, 2025).

3. In *Chiles v. Salazar*, the United States Court of Appeals for the Tenth Circuit issued a decision upholding a Colorado state law

1

which prohibited licensed mental health professionals from conducting conversion therapy or reparative treatment on minors.

4. The law challenged in *Chiles* is functionally identical to the ordinances challenged in the above captioned case.

5. The resolution of *Chiles* definitively decided the dispositive issues in this case, specifically the interplay between the First Amendment, the protection of professional conduct that involves speech, and conversion therapy bans.

6. In *Chiles*, the Supreme Court found that the Colorado conversion therapy ban was subject to strict scrutiny as an incursion on the first amendment rights of the therapy practitioners.

7. In consideration of the Supreme Court's decision in *Chiles*, both the City of Kansas City and Jackson County have proposed legislation repealing the ban on conversion therapy. The City of Kansas City's ordinance (Ordinance 260463) was introduced May 7, 2026. Jackson County's ordinance is scheduled for a May 18 introduction.

8. Passage of these ordinances will lift the conversion therapy bans in both jurisdictions, essentially rendering the appeal moot.

9. The Appellees ask this Court to allow six weeks for the legislative process to take place, thereby preserving both party and Court resources.

10. Opposing counsel has been consulted about the contents of this motion, including the reason for the request, and has indicated they will oppose this motion.

In light of the foregoing, Appellees City of Kansas City, Missouri, and Jackson County, Missouri, respectfully request a temporary continuance of six weeks.


Respectfully submitted,

| | |
|---|---|
| OFFICE OF THE CITY ATTORNEY | OFFICE OF THE COUNTY COUNSELOR |
| By: */s/ Tara M. Kelly*<br>Tara M. Kelly, #64624 | By: */s/ Theresa E. Bullington*<br>Theresa E. Bullington, #72337 |
| 2800 City Hall, 414 E. 12th Street<br>Kansas City, Missouri 64106<br>Telephone: (816) 513-3117<br>Facsimile: (816) 513-3133<br>Email: tara.kelly@kcmo.org | 415 E. 12th Street, Suite 200<br>Kansas City, Missouri 64106<br>Telephone: (816) 881-3656<br>Facsimile: (816) 881-3398<br>Email: tbullington@jacksongov.org |
| ATTORNEY FOR APPELLEE<br>CITY OF KANSAS CITY,<br>MISSOURI | ATTORNEY FOR APPELLEE<br>JACKSON COUNTY, MISSOURI |

## CERTIFICATE OF COMPLIANCE

This document complies with the length limit of Fed. R. App. P. 27(d)(1)(A) because, excluding the parts of the document exempted by Fed R. App. P. 32(f), this document contains 362 words as determined by the word count feature of Microsoft Word.

This document complies with the requirements of Fed. R. App. P. 27(d)(1)(E), which incorporates the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using 14-point Georgia Pro.

Dated: May 8, 2026

*/s/ Tara M. Kelly*
Tara M. Kelly
Attorney for Appellee City of Kansas City, Missouri

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2026, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Eight Circuit by using the CM/ECF system, which will accomplish service on counsel for all parties through the Court's electronic filing system.

*/s/ Tara M. Kelly*
Tara M. Kelly
Attorney for Appellee City of Kansas City, Missouri